TICONDEROGA GRANGE No. 1130, PATRONS OF HUSBANDRY, et al., Respondents, *v.* CLINTON COUNTY NEW YORK PATRONS FIRE RELIEF ASSOCIATION, Appellant.

Argued April 17, 1945; decided May 24, 1945.

*Robert S. Long* for appellant.
*C. E. Fitzgerald* and *W. W. Bullis* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, LEWIS, CONWAY, THACHER and DYE, JJ. Dissenting: LEHMAN, Ch. J., and DESMOND, J.